

# BRUNO, GERBINO & SORIANO, LLP

COUNSELLORS AT LAW

MICHAEL A. CALLINAN
PARTNER

MCALLINAN@BGSLAW-NY.COM
EXT. 113

NEW YORK:
TELEPHONE (631) 390-0010
FACSIMILE (631) 393-5497

NEW JERSEY:
TELEPHONE (201) 995-1394
FACSIMILE (201) 995-1398

December 24, 2013

**VIA ECF**
Chambers of the Honorable Leonard D. Wexler
Alfonse M. D'Amato United States Courthouse
Eastern District of New York
100 Federal Plaza,
Central Islip, New York 11722

> *Re:* ***Government Employees Insurance Company, et al.***
> ***v. Jean D. Miller, D.O., et al.***
> **Docket No.: 2:13-cv-2706 (LDW)(GRB)**

To the Honorable Leonard D. Wexler:

This office represents the plaintiffs, Government Employees Insurance Company, et al. (hereinafter collectively referred to as "GEICO") in the above-referenced matter.

We are pleased to advise the Court that GEICO has reached a confidential resolution of this action with a vast majority of the defendants, including:

(1)     Thayer Medical P.C. ("Thayer P.C.");

(2)     Jean D. Miller, DO, P.C. ("Miller");

(3)     Tatiana A. Pavlova, Physician, PLLC ( "Pavlova PLLC");

(4)     Total Body Chiropractic, P.C. ("Total P.C.");

(5)     Healing Chiropractic Care, P.C. ("Healing P.C.");

(6)     Vista Chiropractic, P.C. ("Vista P.C.");

(7)     Extreme Relief Chiropractic Care, P.C. ("Extreme P.C.");

---

*Government Employees Insurance Company, et al.*
*v. Jean D. Miller, D.O., et al.*
**Docket No.: 2:13-cv-2706 (LDW)(GRB)**
December 24, 2013 – Page 2

    (8)     Brad Mgmt, Inc. ("Brad Inc.");

    (9)     Jean D. Miller, D.O. ("Dr. Miller");

    (10)    Tatiana Pavlova, M.D. ("Dr. Pavlova");

    (11)    Lyudmila Poretskaya, M.D. ("Dr. Poretskaya");

    (12)    Hugo Pacheco ("Pacheco");

    (13)    Glenn Acas Luna ("Luna");

    (14)    Josehua Vainer a/k/a Josh Vainer a/k/a Josh Vaimen ("Vainer");

    (15)    Thayer P.C., Miller, Pavlova PLLC, Total P.C., Healing P.C., Vista P.C., Extreme P.C., Brad Inc., Dr. Miller, Dr. Pavlova, Dr. Poretskaya, Pacheco, Luna and Vainer are hereinafter collectively referred to as the "SETTLING DEFENDANTS".

We are submitting to the Court for approval the following: (1) a Stipulation consenting to the jurisdiction and entry of the Order and Permanent Injunction with regard to the SETTLING Defendants; and (2) a Proposed Order and Permanent Injunction with regard to the SETTLING Defendants.

GEICO respectfully requests that the Court So-Order the Order and Permanent Injunction.

At this time, the only defendants who remain in this action are: GARY RITHOLZ, M.D., MOSIAC MEDICAL, P.C. and RYTIS VALSKYS, M.D.

The Court's attention to this matter is greatly appreciated.  If you should have any questions regarding this matter, please feel free to contact me at your convenience.

Respectfully submitted,
BRUNO, GERBINO & SORIANO, LLP

By: _____/S/_____
        MICHAEL A. CALLINAN (MC7052)

MAC
Enclosure

CC:    **VIA ECF**
       All Parties

642826

**BRUNO, GERBINO & SORIANO, LLP**